## SPACECO BUSINESS SOLUTIONS, INC., Plaintiff–Appellant,

v.

## MASS ENGINEERED DESIGN, INC. and Jerry Moscovitch, Defendants–Appellees.

No. 2013–1432.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2014.

Carl A. Hjort, III, SpaceCo Business Solutions, Inc., of Denver, Colorado, argued for plaintiff-appellant.

John J. Edmonds, Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC, of Houston, Texas, argued for defendants-appellees. With him on the brief was Stephen F. Schlather. Of counsel was Shea Neal Palavan.

LOURIE, TARANTO, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**